# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Michelle T.,** | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 3:23-cv-79 |
| v. | ) |
| | ) |
| **Kilolo Kijakazi,** | ) **Magistrate Judge Litkovitz** |
| **Acting Commissioner of Social Security,** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

Date: 5/17/2023

Entered: *Karen L. Litkovitz*

Karen L. Litkovitz, U.S. Magistrate Judge